## Bowen's Administratrix v. Louisville & Nashville Railroad Company.

(Decided October 28, 1924.)

Appeal from Franklin Circuit Court.

LESLIE W. MORRIS for appellant.

WOODWARD & WARFIELD, GUY H. BRIGGS and ASHBY M. WARREN for appellee.

Opinion of the Court by Judge McCandless—Affirming.

For a statement of the law and facts involved in this action a reference is made to Board of Councilmen City of Frankfort v. Bowen's Admrx., 205 Ky. 309.

On the authority of that case the judgment herein is affirmed.